# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

TYRONE L. WHITE,
    *Plaintiff(s)*
    v.                                  Civil Action No. 5:23-CV-93
R. BROWN, Warden,
    *Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award     ☐ Judgment costs     ☒ Other

other: The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED. Petitioner's Motion for Leave to Proceed in Forma Pauperis is DENIED AS MOOT. The Clerk is directed to STRIKE this matter from the active docket of this Court and enter judgment in favor of respondent.

This action was:

☐ tried by jury     ☐ tried by judge     ☒ decided by judge

decided by Judge John Preston Bailey

Date: April 26, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ A. Greenidge

*Signature of Clerk or Deputy Clerk*